UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In Re:

GLOBAL WATER TECHNOLOGIES, INC.,

Debtor.

Tax I.D. No. 84-1148204

Case No. 03-19278 HRT

Chapter 11

04 APR 27 PM 3: 55
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

# BALLOT REPORT REGARDING FIRST AMENDED PLAN OF REORGANIZATION

GLOBAL WATER TECHNOLOGIES, INC., through its undersigned counsel, hereby submits the following report of balloting on the First Amended Plan of Reorganization (the "Plan"):

1. Four Ballots were cast in Class 1, of which three, in the aggregate stated amount of $27,879, voted to accept the Plan, and one, in an unstated amount, voted to reject the Plan.

2. One Ballot was cast in Class 2, in the stated amount of $37,000, which voted to accept the Plan.

3. Forty Five Ballots were cast in Class 3, of which Forty, in the aggregate stated amount of $99,154,365.80, voted to accept the Plan, and five, in the aggregate stated amount of $5,667,156.14, voted to reject the Plan. It should be noted that the Class 3 Ballot of the PSI Trustee, David E. Lewis, in the amount of $60,000,000 for a "Disputed" claim, was cast as a rejecting Ballot. Pursuant to the terms of the STIPULATION WITH PSI TRUSTEE REGARDING CLAIM AND PLAN OBJECTION (the "Stipulation"), to be tendered at the hearing on Confirmation, the PSI Trustee has agreed to amend his Ballot to accept the Plan upon approval of the Stipulation. Further, the Debtor has asserted a claim objection against the PSI Trustee's claim, which is also resolved by the Stipulation. Accordingly, the Debtor has reported the PSI Ballot as an accepting Ballot, although such acceptance is not made in the absence of Court approval, after notice and opportunity for hearing.

4. Attached hereto is a detailed summary of the Ballots cast, setting forth the name of the person signing the Ballot, the company affiliation, and the amount accepting or rejecting the Plan.

Respectfully submitted this 27th day of April 2004

_[signature]_

Robert Padjen #14678
Rubner Padjen Plotkin & Laufer LLC
1600 Broadway, Suite 2600
Denver, CO 80202
(303) 830-3173
(303) 83-3135
For the Debtor

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of April 2004, I deposited the foregoing document in the United States Mail, first class, postage prepaid, and addressed to the United States Trustee, 999 18th St. #1551, Denver, CO 80202.

_[signature]_

GWT REORG BALLOT RESULTS

| NAME | COMPANY | ACCEPT | REJECT |
|---|---|---|---|
| Roberta Johnson | Robt. Half/Office Team | $ 924.00 | |
| Douglas Leigh | Discovery Technology | $ 81,303.12 | |
| Rolf Christiansen | Heat Exchanger Sales | $ 4,058.82 | |
| Robert Graham | PSI Employee | $ 9,500.00 | |
| Kelley Abel-Mattingley | Cement Board Fabricators | $ 815.89 | |
| John Schrull | Phoenix Fire Protection | | $ 6,954.16 |
| Caryn Kast | Cooling Water Technologies | $ 37,000.00 | |
| George Kast | Salary/Expenses | $ 243,840.00 | |
| George Kast | GWT Officer Indemnification | $ 25,990,000.00 | |
| Glenn Reisman | GE Power Systems | $ 3,432,426.61 | |
| David Lewis | PSI Trustee | $ 60,000,000.00 | |
| | Labor Ready | $ 2,588.47 | |
| Jason Johnson | Wells Fargo | | $ 5,636,651.98 |
| Kathy Snakenberg | PSI Employee | | $ - |
| | The Shaw Group | $ 3,466,978.00 | |
| Michael Mueller | Rexnord Industries | $ 272,355.30 | |
| | Intransit, Inc. | $ 1,125.00 | |
| | Forest Grove | $ 4,782.58 | |
| Larry Rowe | PSI Employee | $ 5,021.00 | |
| | Online Data | $ 1,625.00 | |
| Chadd Ford | PSI Wages | | $ 750.00 |
| Rochelle Jacobacci | Mile Hi | $ 434.80 | |
| Accts. Receivable Mgr. | McMaster Carr Supply Co. | $ 177.75 | |
| Jim Delaney | Wages | | $ 16,000.00 |
| | Federal Express | $ 1,795.52 | |
| Cliff Fuhr | Access Transportation | $ 5,825.00 | |
| Roger Cole | Equipment Supplier | $ 20,110.00 | |
| Dave Villano | Jefferson Co. Treasurer | $ 111,042.13 | |
| Carol Schreckhise | Moore Fans | $ 1,158.00 | |
| Rogene Hollis | GWT Wages | $ 7,175.00 | |
| Ric Salwaachter | Sanders Morris Harris | $ 40,854.04 | |
| | Comprehensive Traffic | $ 21,625.00 | |
| Charyl Davis | Polymer Fabrication | $ 13,358.00 | |
| Geary Burghoff | PSI Wages | $ 3,800.00 | |
| John Ferry | SRE, Inc./Cheap Trips | $ 3,500.00 | |
| | Source Management | $ 3,058.80 | |
| | Precision Air Cargo | $ 22,353.79 | |
| Larry Priest | 1767 LLC | $ 1,640,676.42 | |
| John O'Shea | Westminster Securities | $ 450,000.00 | |
| Electronic Descaling | Equipment Supplier | $ 18,750.00 | |
| John Dabbelt | Judgment/Shareholder | $ 80,698.50 | |
| Joseph Evans | AWT Wages | $ 3,987.50 | |
| Sergio Gutierres | PSI Employee | | $ 6,800.00 |
| Ed Technologies | Equipment Supplier | $ 11,517.85 | |
| Bradley Wise | Bedford Reinforced Plastics | $ 1,247,080.17 | |
| | Heat Transfer Specialists | $ 129,790.00 | |
| Joe Granda | Ameritemps | $ 1,725,570.76 | |
| Jill Patterson | GWT Wages | $ 4,650.00 | |
| Dana Yangas, Collection Mgr. | C.H.Robinson Worldwide | $ 21,795.00 | |
| Jackson & Nash | | $ 9,237.98 | |
| | **Total** | $ 99,154,365.80 | $ 5,667,156.14 |